1  Michael A. Angel (Bar No. 59085)
   MAngel@mmhllp.com
2  Zachary J. Brown (Bar No. 241837)
   ZBrown@mmhllp.com
3  MESERVE, MUMPER & HUGHES LLP
   300 South Grand Avenue, 24th Floor
4  Los Angeles, California 90071-3185
   Telephone:  (213) 620-0300
5  Facsimile:  (213) 625-1930

6  Attorneys for Defendant
   FEDERAL DEPOSIT INSURANCE
7  CORPORATION AS RECEIVER
   FOR INDYMAC FEDERAL BANK, FSB

8

JS-6

9                  UNITED STATES DISTRICT COURT

10                CENTRAL DISTRICT OF CALIFORNIA

11  MARGARITA SOLTE              )  Case No. CV 10-5434 R
    CONSTANTINO, an individual;  )
12  JOSEPHINE  CONSTANTINO, an   )  **JUDGMENT**
    individual,                  )
13                               )
              Plaintiffs,        )
14                               )
          vs.                    )
15                               )
    ONEWEST BANK, F.S.B., f.k.a. )
16  INDYMAC FEDERAL BANK, a      )
    Federal Savings Bank organized and )
17  existing under the laws of the United )
    States; INDYMAC MORTGAGE     )
18  SERVICES, a business entity of )
    unknown jurisdiction; MORTGAGE )
19  ELECTRONIC REGISTRATION      )
    SYSTEMS, INC., a California   )
20  Corporation; TRUSTEE CORPS, a )
    business entity of unknown jurisdiction; )
21  and DOES 1 through 50, inclusive, )
                                 )
22            Defendants.        )
    _____)

23

24  / / /

25  / / /

26  / / /

27  / / /

28

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

0.0

1

[PROPOSED] JUDGMENT

1    On October 4, 2010, the Court granted the Motion for Summary Judgment filed

2 by Defendant FEDERAL DEPOSIT INSURANCE CORPORATION AS

3 RECEIVER FOR INDYMAC FEDERAL BANK, FSB ("FDIC"), with respect to

4 all claims asserted against the FDIC in the Complaint of Plaintiffs' Margarita Solte

5 Constantino and Josephine Constantino.

6    IT IS THEREFORE ORDERED that the FDIC's Motion for Summary

7 Judgment be GRANTED pursuant to Fed. R. Civ. P. 56(c).

8    JUDGMENT SHALL BE RENDERED in favor of the FDIC and against

9 MARGARITA SOLTE CONSTANTINO and JOSEPHINE CONSTANTINO.

10    IT IS SO ORDERED.

11

12 Dated:  Nov. 5, 2010    _____

13                                    Judge, United States District Court

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

0.0

2

[PROPOSED] JUDGMENT